**Jeremy Roger HARLEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 103110**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: July 12, 2016

Margaret M. Johnston, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65203, for Appellant.

Chris Koster, Attorney General, Mary H. Moore, Asst. Attorney General, P.O. Box 899, Jefferson City, MO 65102–0899, for Respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

### ORDER

PER CURIAM

Jeremy R. Harley appeals from the motion court's judgment denying after evidentiary hearing his Rule 29.15 motion for post-conviction relief based on claims of ineffective assistance of counsel.

We have reviewed the briefs of the parties and the record on appeal, and we affirm. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).